IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**CARI GILLMORE,**<br>[DOB: 1/10/1972]<br>Defendant. | No. 17-3057-01-CR-S-MDH<br><br>**COUNT 1:**<br>18 U.S.C. § 1029(a)(5)<br>NMT 15 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony<br><br>$100 Special Assessment |

## INFORMATION

**THE ACTING UNITED STATES ATTORNEY CHARGES THAT:**

## COUNT 1

Between January 1, 2015, and December 31, 2015, said dates being approximate, in Greene County, and elsewhere, in the Western District of Missouri, **CARI GILLMORE**, defendant herein, knowingly and with intent to defraud, effected transactions with one or more unauthorized access devices, to wit: credits cards issued to another person or entity, to wit: the City of Walnut Grove, to receive payment and other things of aggregate value of $1000 or more, said transactions affecting interstate commerce, in that the cards and personal identification numbers had been mailed and the business entities issuing such cards and personal identification numbers were

engaged in interstate commerce, all in violation of Title 18, United States Code, Section 1029(a)(5).

Respectfully submitted,

THOMAS M. LARSON
Acting United States Attorney

/s/ Patrick A.N. Carney
Patrick A.N. Carney
Assistant United States Attorney

DATED: 5/8/2017
Springfield, Missouri